UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAHIN MIAH,

                    Plaintiff,

  -v-

KRISTI NOEM, et al.,

                    Defendants.

CIVIL ACTION NO. 25 Civ. 6630 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred to the undersigned for general pretrial supervision. (ECF No. 10). Pursuant to Fed. R. Civ. P. 4(m), Plaintiff shall serve the Complaint (ECF No. 1) on the Defendants by **November 10, 2025**. Pursuant to Fed. R. Civ. P. 12(a)(2), Defendants shall answer, move, or otherwise respond to the Complaint **within 60 days** from the date of service.

Dated:     New York, New York
             August 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**